IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN C. SIZEMORE; and DVCOMM, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> HOTWIRE COMMUNICATIONS, LLC; and HOTWIRE COMMUNICATIONS, Ltd., <br><br> Defendants. | : <br> : <br> : CIVIL ACTION <br> : <br> : <br> : NO. 14-5543 <br> : <br> : <br> : <br> : <br> : |

FILED
MAY 18 2015
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

### ORDER

AND NOW this 18 day of May, 2015, upon consideration of defendants Hotwire Communications, LLC and Hotwire Communications, Ltd.'s motion to dismiss (Doc. No. 14), and plaintiffs' opposition thereto, **IT IS HEREBY ORDERED** that:

1. Plaintiffs' promissory estoppel claim (Count IV) is **DISMISSED WITH PREJUDICE**;

2. The remainder of defendants' motion to dismiss is **DENIED**.

_____
William H. Yohn Jr., Judge

cc: legal