IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DVCOMM, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO: 14-5543 |
| HOTWIRE COMMUNICATIONS, LLC, et al. | : | |
| | : | |

## ORDER

**AND NOW**, this 13th day of May 2016, upon consideration of Defendants' Motion to reduce this Court's February 16, 2016 Sanctions Order to Judgment (ECF Doc. No. 167), and noting DVComm, LLC filed a notice of appeal of the same February 16, 2016 Order as well as our March 31, 2016 denial of its motion for new trial, it is **ORDERED** Defendants' Motion (ECF Doc. No. 167) is **DENIED** without prejudice as this Court presently lacks jurisdiction to be renewed, if warranted, upon the divestiture of appellate jurisdiction.

KEARNEY, J.